■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK SALEMMO, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Bronx County, rendered May 11, 1973, convicting defendant, after trial, of criminal possession of a dangerous drug (third degree) and imposing sentence of a maximum of 10 years. By an order dated June 4, 1974, the court reversed the judgment, on the law, and dismissed the indictment. On January 8, 1976, the Court of Appeals reversed the order of this court and remitted the case to this court for a factual review *(People v Salemmo,* 45 AD2d 101, revd 38 NYS2d 357). Judgment unanimously affirmed. We have considered the points raised by counsel and find them without merit. Concur—Kupferman, J. P., Murphy, Lupiano, Capozzoli and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JOHNSON, Appellant.—Motion for summary reversal denied, with leave to appellant, on presentation of the appeal, to set forth arguments showing that he was prejudiced by the absence of minutes of the prosecutor's opening statement and the summations by both attorneys. *(People v Fearon,* 13 NY2d 59; *People v Roundtree,* 45 AD2d 731; *People v Bronson,* 35 AD2d 1068.)* Efforts should also be made by both parties to reconstruct a transcript of the missing minutes. (See *People v Rivera,* 39 NY2d 519.) Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Nunez, JJ.